1
2
3
4
5
6
7

**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

8    SECURITY AND EXCHANGE                    No. C 09-80068 CRB
9    COMMISSION,
                                             **ORDER**
10              Plaintiff,

11       v.

12   JOSEPH S. FORTE AND JOSEPH FORTE,       E.D.PA Civil Action No.  09-CV0063-PD
     L.P.,
13
14              Defendant.
                                        /
15   COMMODITY FUTURES TRADING
     COMMISSION,
16
17              Plaintiff,

18       v.                                   E.D.PA Civil Action No. 09-CV-0064-PD

19   JOSEPH S. FORTE,

20              Defendant,
                                        /
21
22          The order dated April 16, 2009, referring this matter to a magistrate judge for

23   discovery is hereby withdrawn.

24          **IT IS SO ORDERED.**

25
26   Dated: April 16, 2009                _____
                                          CHARLES  R. BREYER
27                                        UNITED STATES DISTRICT JUDGE

28